UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE ESTATE OF THOMAS
COLEMAN MCAULEY, by and
through A. Brooke Mcauley Conlan,
Personal Representative,

    Plaintiff,

v.                                Case No. 3:22-cv-939-BJD-LLL

ROLY'S TRUCKING, INC., a
foreign corporation, ENELIX
NEGRIN SANCHEZ, ANA MARY
VAZQUEZ, and JOHN DOE 1-5,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc.35; Stipulation) filed on July 18, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

    Accordingly, it is hereby

**ORDERED:**

    1.    This case is **DISMISSED with prejudice.**

    2.    Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 25th day of July, 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record